

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | |
| v. | | Case No. 4:23-CR-333-O |
| CATHLENE CICEL CALLAHAN<br>a/k/a "Cat" | (08) | [Supersedes Indictment Returned on December 13, 2023, adding defendants 08-20 only.] |
| MICHAEL CONLEY DAY II | (09) | |
| JACILYN DANAE KELLEY | (10) | |
| LITA D'ANN MILLS<br>a/k/a "Lita May" | (11) | |
| BILLY WAYNE POUND | (12) | |
| ANGEL RICHARD PRADO | (13) | |
| LONDON MAKALA RAYBOURN | (14) | |
| ABEL ROSALES, JR. | (15) | |
| BEAU ALLEN ROSENBALM | (16) | |
| TIMOTHY WALTER SANDERS | (17) | |
| ANTONIO VANCE<br>a/k/a "Tony Bologna" | (18) | |
| EVANGELINA VASQUEZ<br>a/k/a "Eva" | (19) | |
| WILLIS ANDREW WHITE<br>a/k/a "Andy" | (20) | |

## SUPERSEDING INFORMATION

The United States Attorney Charges:

### Count Two
Conspiracy to Possess with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 846)

Beginning in or before July 2021, and continuing until in or around October 2023, in the Fort Worth Division of the Northern District of Texas, and elsewhere, defendants **Cathlene Cicel Callahan,** also known as "Cat," **Michael Conley Day II, Jacelyn Danae Kelley, Lita D'Ann Mills, Billy Wayne Pound, Angel Richard Prado,**

Superseding Information - Page 1

**London Makala Raybourn, Abel Rosales, Jr., Beau Allen Rosenbalm, Timothy Walter Sanders, Antonio Vance,** also known as Tony Bologna, **Evangelina Vasquez,** also known as Eva, and **Willis Andrew White**, also known as Andy White, along with others known and unknown, did knowingly and intentionally combine, conspire, confederate, and agree to engage in conduct in violation of 21 U.S.C §§ 841(a)(1) and (b)(1)(C), namely to possess with intent to distribute a mixture and substance containing a detectable amount of Methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(C)).

LEIGHA SIMONTON

UNITED STATES ATTORNEY

_____
SHAWN SMITH
Assistant United States Attorney
Texas State Bar No. 24033206
801 Cherry Street, Suite 1700
Fort Worth, Texas  76102
Telephone:  817.252.5200
Email: Shawn.Smith2@usdoj.gov