ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.

LITA D'ANN MILLS (05)

Criminal No.: 4:23-CR-333-O

## WAIVER OF INDICTMENT

I, Lita D'Ann Mills, the above named defendant, who is accused in the Information with the felony offense of Conspiracy to Possess with Intent to Distribute, in violation of 21 U.S.C. § 846, being advised of the nature of the charges, the proposed Information, and of my rights, hereby waive prosecution by Indictment and consent that the proceeding may be by Information rather than by Indictment.

Signed this 3RD day of DECEMBER 2023.

_____
LITA D'ANN MILLS
Defendant

_____
BRETT BOONE
Attorney for Defendant