ORIGINAL

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § | |
| VS. § | CASE NO: 4:23-CR-333-O |
| § § | |
| LITA D'ANN MILLS (05) § | |

*(handwritten: "11" next to (05))*

## FACTUAL RESUME

**INFORMATION:** Count ~~One~~ **Two**: Conspiracy to Possess with Intent to Distribute a Controlled Substance (methamphetamine/fentanyl) (in violation of 21 U.S.C. § 846, and 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

**PENALTY:** $1,000,000 fine - not more than 20 years imprisonment, or both such fine and imprisonment, plus a term of supervised release of not less than 3 years.

**MAXIMUM PENALTY:**
$1,000,000 fine and not more than twenty (20) years imprisonment, plus a term of supervised release of not less than 3 years. If the defendant violates any condition of supervised release, the Court may revoke such term of supervised release and require the defendant to serve an additional period of confinement. Further the Court must impose a Mandatory Special Assessment of $100.00.

**ELEMENTS OF THE OFFENSE:**
The essential elements which must be proved beyond a reasonable doubt in order to establish the offenses charged in Count ~~One~~ **Two** of the Information are as follows:

**First:** That two or more persons, directly or indirectly, reached an agreement to distribute or possess with intent to distribute a controlled substance, as charged in the information;

**Second:** That the defendant knew of the unlawful purpose of the agreement;

**Third:** That the defendant joined in the agreement willfully, that is, with the intent to further its unlawful purpose; and

**Fourth:** That the overall scope of conspiracy involved a mixture or substance containing a detectable amount of methamphetamine/fentanyl, a Schedule II Controlled substance.

Factual Resume - Page 1

STIPULATED FACTS:

The following events occurred from in and around July 2021 to in and around October 2023 (excluding time spent in short term custody for various charges for any defendant discussed below).

Evangelina Vasquez supplied Cathlene Cicel Callahan, and others with methamphetamine and blue "M-30" fentanyl pills, sometimes on consignment. In turn, Callahan distributed the drugs to others in the Stephenville, Texas area.

Antonio Vance and Cathlene Callahan also traveled together to the DFW area to receive methamphetamine and fentanyl from another source of supply. Lita D'Ann Mills also traveled with Antonio Vance to receive methamphetamine and fentanyl from Vance's source. After they (Vance, Callahan, and Mills) received the drugs together, they traveled back to Stephenville, Texas where Antonio Vance distributed them to various and numerous customers.

At different times, Lita Mills also was with Kody Lewis when Billy Wayne Pound purchased methamphetamine for distribution from Kody Lewis. Billy Wayne Pound also traveled to the Fort Worth area to receive methamphetamine, sometimes on consignment, that he brought back to Stephenville, Texas for further distribution.

In this manner, Cathlene Cicel Callahan, Lita D'Ann Mills, Billy Wayne Pound, Antonio Vance, and Evangelina Vasquez conspired with each other and others to possess with the intent to distribute methamphetamine.

SIGNED this 3RD day of DECEMBER, 2023.

_____
LITA D'ANN MILLS
Defendant

_____
BRETT BOONE
Counsel for Defendant