| | Law Offices of | |
|---|---|---|
| **BOB GILL**<br>Retired State District Judge<br>Board Certified - Criminal Law<br>Texas Board of Legal Specialization<br><br>**D. MILES BRISSETTE**<br>Board Certified - Criminal Law<br>Texas Board of Legal Specialization<br>Board Certified - Criminal Law Specialist<br>National Board of Trial Advocacy | **GILL & BRISSETTE**<br>(Not a Partnership)<br><br>3663 Airport Freeway<br>Fort Worth, Texas 76111<br>(817) 803-6918<br>(817) 831-6000<br>facsimile (817) 554-1534 | **DON BODENHAMER**<br>Attorney at Law<br><br>**HEATHER NERING**<br>Paralegal<br>**MORGAN HESTON**<br>Paralegal<br>**VALERIA SIERRA**<br>Legal Secretary |

18 January 2024

Ms Julie Harwell
United States District Court
501 West Tenth Street
Fort Worth, Texas 76102

**SENT VIA E-MAIL**
Re: 4:23-cr-00333-O-5

Dear Ms Harwell:

Please be advised that I have been retained to represent Mr Orlando Johnathan Novell. Please enter me as attorney of record (Bar Card No. 07921600) and advise me of all future settings.

Thank you in advance for your courtesy in this matter.

Respectfully,

BOB GILL
S.B.O.T. No. 07921600

Law Offices of Gill & Brissette
(Not a Partnership)
3663 Airport Freeway
Fort Worth, Texas 76111
(817) 803-6918 office
(817) 554-1534 facsimile
Bob@GillBrissette.com

**ATTORNEY FOR DEFENDANT**