**UNITED STATES DISTRICT COURT**
**PROBATION AND PRETRIAL SERVICES**
**NORTHERN DISTRICT OF TEXAS**



| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 4:23-CR-333-O (11) |
| ) | |
| LITA D'ANN MILLS ) | |

## Report of Violation of Conditions of Pretrial Release

COMES NOW Beth Long, U.S. Probation Officer, presenting a report to the Court upon the conduct of defendant, Lita D'Ann Mills, who was placed on pretrial release supervision by the Honorable Magistrate Judge Jeffrey L. Cureton sitting in the Court at Fort Worth, on October 12, 2023, under the following conditions:

    (1) The defendant must no violated federal, state, or local law while on release.

    (7)(l) The defendant must not use or unlawfully possess a narcotic drug or other controlled substance defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner. Including the use of any synthetic and/or natural substance to alter mood and/or cognitive ability such as CBD and hemp oils/products.

The undersigned has information that the defendant has violated such conditions in each of the following respects:

On January 8, 2024, the defendant submitted a urine specimen at the U.S. Probation Office, Fort Worth, which tested positive for amphetamine. The specimen confirmed positive for methamphetamine by Alere Toxicology Services, Incorporated (Alere). On February 29, 2024, the defendant verbally admitted to U.S. Probation Officer Beth Long to using methamphetamine on January 6, or January 7, 2024.

Further, the defendant submitted urine specimens on January 17, and February 15, 2024, which tested positive for amphetamines. On February 29, 2024, the defendant denied any illegal drug use since January 6, or 7, 2024. The specimens were submitted to Alere for confirmation and the results remain pending.

The defendant is scheduled for sentencing on April 5, 2024. The undersigned suggest to the court that a summons be issued, and the defendant appear before a judge of this court to determine whether the defendant's conditions of pretrial release should be revoked.

I declare under penalty of perjury that the foregoing is
true and correct.

Executed on March 5, 2024                                    Approved,

s/Beth Long
U.S. Probation Officer
Dallas
214-753-2483
Fax: 214-753-2520

s/Angela Roberson
Supervising U.S. Probation Officer
214-753-2510

## Order

Having considered the report of the Probation Office pertaining to possible violations by defendant, Lita D'Ann Mills, of her conditions of pretrial release, the court ORDERS that:

- ☐ No action be taken.

- ☐ The Order Setting Conditions of Release is modified to include the following:

- ☑ A summons be issued, and the defendant appear before a judge of this court to determine whether her conditions of pretrial release should be revoked.

- ☐ A violator's warrant be issued, and the above-named defendant be arrested forthwith and brought before a judge of this court to determine whether her conditions of pretrial release should be revoked. Petition and warrant sealed and not be distributed to counsel of record until effectuated.

- ☐ The office of the U.S. Attorney for the Northern District of Texas file a motion to revoke the conditions of the defendant's pretrial release, consistent with the information contained in the foregoing Report, and take such steps as are necessary to present such motion at the hearing thereon.

- ☐ File under seal until further order of the Court.

_____
The Honorable Jeffrey L. Cureton
U.S. Magistrate Judge

3/7/24

Date