IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

## MINUTE ORDER

| | |
|---|---|
| Type hearing: | Guilty Plea at Arraignment, **NON-EVIDENTIARY** HELD |
| Case number: | 4:23-CR-00333-O |
| Defendant | MICHELLE RENEE BURRIS (01), sworn |
| Court Reporter | Monica Guzman |
| Interpreter: | N/A |
| US Attorney: | Shawn Smith |
| Defense Attorney: | Emily Louise LaChance |
| Time in Court: | 10 minutes |
| Judge: | Magistrate Judge Jeffrey L. Cureton |
| Date of hearing: | 27th day of March, 2024 |
| Status: | Defendant entered plea of guilty to Count(s) 1 of the SS Information |

Deft TBS: 8:30 am - July 12, 2024

PSI Referral Form to Defendant's Attorney
Scheduling Order to follow
Deft continued in custody

Deputy Clerk: Julie Harwell